USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :    19-CR-862 (VEC)
           -against-                    :
                                        :          ORDER
MARK WOODS,                             :
                                        :
                          Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Woods is currently scheduled to appear for a remote status conference on Tuesday, July 6, 2021 at 11:00 A.M., Dkt. 404;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the status conference with Mr. Woods is rescheduled to **Tuesday, July 6, 2021 at 9:00 A.M.**  The conference will be held remotely via video conference using the Zoom platform or, if the Court is unable to schedule the conference via video conference for that day, via a teleconference.  An Order with additional details about the Zoom platform (or call in number) will be posted a few days before the conference.

IT IS FURTHER ORDERED that Mr. Woods must either notify the Court that he does not consent to appearing by way of video or teleconference or file a waiver of in person appearance by no later than **Friday, June 25, 2021**.  *See* Order, Dkt. 404.

IT IS FURTHER ORDERED that Mr. Woods and the Government must file a joint update, including on the status of discovery, by no later than **Friday, June 25, 2021**.  *See* Order, Dkt. 404.

**SO ORDERED.**

Dated: June 14, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**