USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

MARK WOODS,

                      Defendant.

------------------------------------------------------------- X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Woods is scheduled to appear for a remote status conference on Tuesday, July 6, 2021 at 9:00 A.M., Dkt. 413;

IT IS HEREBY ORDERED the conference will be held remotely via video conference using the Zoom platform. A day or two before the hearing, Chambers will email the parties a link to be pasted into a browser and will provide further information on how to access the conference. The link should be used **only** at the time of the conference because using it earlier could result in disruptions to other proceedings.

IT IS FURTHER ORDERED that all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.

IT IS FURTHER ORDERED that any interested members of the public may listen to the proceeding remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862. Recording or rebroadcasting the proceeding is strictly prohibited by law.

IT IS FURTHER ORDERED that all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: June 29, 2021**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**