USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :    19-CR-862 (VEC)
        -against-                 :
                                  :    ORDER
MARK WOODS,                       :
                                  :
                    Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Woods is scheduled to appear for a bail hearing on Friday, November 19, 2021 at 1:00 P.M., Dkt. 632;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the bail hearing is adjourned to **Friday, November 19, 2021 at 3:45 P.M.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: November 12, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**