USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :     19-CR-862 (VEC)
        -against-                   :
                                    :     ORDER
MARK WOODS,                         :
                                    :
                    Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 24, 2022, the parties appeared for a change-of-plea hearing; and

WHEREAS Mr. Woods entered a plea of guilty, which was accepted by the Court;

IT IS HEREBY ORDERED that Mr. Woods' sentencing is scheduled for **Thursday, June 9, 2022 at 10:30 A.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Pre-sentencing submissions are due no later than **Thursday, May 26, 2022**.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: February 24, 2022**
    **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**