USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/27/2022

The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
New York, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

**MEMO ENDORSED**

May 26, 2022

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:  United States v. Mark Woods
                Cr. Docket No. 19-862 (VEC)

Dear Judge Caproni:

    I represent Mr. Woods in the above-referenced matter. Mr. Woods pleaded guilty and he is presently scheduled to be sentenced on June 9, 2022. Just last week I received the final presentence report and I am awaiting a forensic psychiatric report which should be complete sometime later in June. I am also going to be on trial from late June through mid-July before Hon. Sidney H. Stein. I therefore request a sentencing date in late July or early August. The government does not oppose this request.

                                  Respectfully submitted,

                                  James M. Branden

Application GRANTED.

Mr. Woods' sentencing, currently scheduled for Thursday, June 9, 2022 at 10:30 A.M., is adjourned to **Tuesday, August 2, 2022 at 11:00 A.M.** Pre-sentence submissions are due no later than **Tuesday, July 19, 2022**.

SO ORDERED.

Date: May 27, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE