The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
New York, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2022

**MEMO ENDORSED**

July 18, 2022

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: United States v. Mark Woods
           Cr. Docket No. 19-862 (VEC)

Dear Judge Caproni:

    I represent Mr. Woods in the above-referenced matter. Mr. Woods pleaded guilty and he is presently scheduled to be sentenced on August 11, 2022. I have received the final presentence report but I am still waiting for a report from the court-appointed forensic psychiatrist. This morning he confirmed that his report is nearly complete but he is awaiting medical records to confirm a prior diagnosis of PTSD. Normally, I would seek an adjournment of approximately one month but I am starting a trial on August 24, 2022 in the Eastern District of New York (United States v. Shelton, et al., 18-609 (RJD)) that is expected to last through October. I therefore request an adjournment of the sentencing in this matter to late November or early December 2022.

    The government consents to this request.

Respectfully submitted,

James M. Branden

---

Application GRANTED.

The sentencing hearing in this matter is adjourned until **Tuesday, November 29, 2022 at 2:00 P.M.** The parties' sentencing submissions must be submitted no later than **Tuesday, November 15, 2022.**

SO ORDERED.

_Valerie Caproni_  07/18/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE